IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL W. DUNCAN, | No. C 12-6251 WHA (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| OFFICER SUSAN RAMIREZ; OFFICER BRENDMOEN, | |
| Defendants. | |

Plaintiff, an inmate at Pelican Bay State Prison ("PBSP"), filed this pro se civil rights action pursuant to 42 U.S.C. 1983. He was granted leave to proceed in forma pauperis. Defendants' motion to revoke plaintiff's in forma pauperis status pursuant to 28 U.S.C. 1915(g) was granted. Plaintiff was ordered to pay the filing fee, and cautioned that if he did not do so, the case would be dismissed without prejudice. He has not paid the filing fee within the time allowed. Accordingly, this case is **DISMISSED** without prejudice.

The clerk shall enter judgment a close the file.

**IT IS SO ORDERED.**

Dated: August  6 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE